# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RICHARD MANALO**                                                                                   **PLAINTIFF**

v.                                                                        **Civil No.: 1:14cv97-HSO-RHW**

**ROYAL HOSPITALITY SERVICES, LLC**                                    **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE